# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **CARLYLE PERRY,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **BONGUARD'S SOUTH, LLC,** | CASE NO: 23-1256-STA-jay |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **NOTICE of Voluntary Dismissal entered on February 28, 2024, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 2/28/2024**

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By)   Deputy Clerk